IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| TOMMIE N. SMITH, JR., *Plaintiff,* <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security <br><br> *Defendant.* | CASE NO. 6:15-cv-00039 <br><br> **O R D E R** |

In accordance with the accompanying memorandum opinion, Plaintiff's Objections (dkt. 21) are **OVERRULED**, the Magistrate Judge's R&R is **ADOPTED** in full (dkt. 20), the Commissioner's Motion for Summary Judgment (dkt. 16) is **GRANTED**, Plaintiff's Motion for Summary Judgment (dkt. 14) is **DENIED**, and this case is **DISMISSED** from the active docket of the Court.

Entered this  23rd  day of March, 2017.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE